THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVOR GREEN, Appellant.

Submitted January 24, 2005; decided February 10, 2005

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ROBBINS, Appellant.

Submitted January 24, 2005; decided February 10, 2005

Motion for assignment of counsel granted and Laura Johnson, Esq., Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.